DAVID KARPEL, Appellant, *v.* NATIONAL SURETY COMPANY, Respondent.

*Insurance — action to recover on policies of burglary insurance — adequacy of verdict.*

*Karpel* v. *National Surety Co.*, 208 App. Div. 745, affirmed.

(Argued April 15, 1924; decided May 20, 1924.)

APPEAL from a judgment, entered February 7, 1924, upon an order of the Appellate Division of the Supreme Court in the second judicial department which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff upon the ground of inadequacy and granting a new trial and directed reinstatement of said verdict. The action was to recover upon two policies of burglary insurance. The principal question on appeal was as to the adequacy of the verdict.

*Charles S. Aronstane* and *Henry Pleus* for appellant.
*Sidney J. Loeb* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.